UNITED STATES DISTRICT COURT
REMOTE CIVIL MOTION MINUTES

Date: **4/19/2022**  Judge: **Trenga/(JFA)**
Time: **11:03 - 1:25**  Reporter: **R. Montgomery**

Civil Action Number: **1:21-cv-597**

**SIMPLY WIRELESS, INC.**

**V.**

**T-MOBILE US, INC., ET AL**

Zoom appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| Jason Joyal | Brittany Amadi |
| Robert Litowitz | Joseph Mueller |
| John Gerstein | Rauvin Johl |
| Sean Roche | |

Motion to/for:
[184] Motion for Summary Judgment by pltf.
[189] Motion for Summary Judgment by deft.

Argued and
(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement          (  ) Continued to

(**X**) Order to Follow